1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **EASTERN DISTRICT OF CALIFORNIA**

10

11   ERIN PETERSON                          )   Case No.: 1:14-cv-01114 - --- - JLT
                                            )
12                       Plaintiff,          )   ORDER DIRECTING SERVICE OF PLAINTIFF'S
                                            )   COMPLAINT
13            v.                             )
                                            )
14   BAKERSFIELD POLICE DEPT., et al.,      )
                                            )
15                       Defendants.         )
                                            )
16   _____)

17          Erin Peterson is proceeding *pro se* and *in forma pauperis* in this action for a violation of his

18   civil rights by officers of the Bakersfield Police Department.  Previously, the Court screened the

19   complaint pursuant to 28 U.S.C. § 1915(e)(2) and determined Plaintiff stated a cognizable claim for

20   excessive force by Aguilar and Benavents in violation of the Fourteenth Amendment.  (Doc. 4.)

21   Plaintiff filed a notice of his willingness to proceed only on this claim on September 2, 2014.  (Doc. 6.)

22          Accordingly, **IT IS HEREBY ORDERED:**

23          1.      Service of Plaintiff's Complaint (Doc. 1) is appropriate for, and shall be initiated upon

24                  the following defendants:

25                          a.      Officer Aguilar

26                          b.      Officer Benavents

27          2.      The Clerk of Court is DIRECTED to send Plaintiff two USM-285 forms, two

28                  summons, a Notice of Submission of Documents form, an instruction sheet and a copy

1

of the Complaint filed July 14, 2014 (Doc. 1);

3.  Within 21 days from the date of this order, Plaintiff **SHALL** complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

a.  One completed summons for each defendant to be served;

b.  One completed USM-285 form for each defendant; and

c.  Three copies of the Complaint filed July 14, 2014;

4.  The U.S. Marshal is DIRECTED to serve a copy of the Complaint, summons, and this order upon the defendants as directed by Plaintiff in the USM forms.

5.  Plaintiff is cautioned that failure to comply with this order will result in a recommendation that the action be dismissed pursuant to Local Rule 110.

IT IS SO ORDERED.

Dated:   **September 4, 2014**                    **/s/ Jennifer L. Thurston**
                                                  UNITED STATES MAGISTRATE JUDGE