1
2
3
4
5
6
7
8      **UNITED STATES DISTRICT COURT**
9      **EASTERN DISTRICT OF CALIFORNIA**
10

11   ERIN PETERSON                          )   Case No.: 1:14-cv-01114 - --- - JLT
                                             )
12                Plaintiff,                 )   ORDER DISREGARDING PLAINTIFF'S MOTION
                                             )   FOR A SUBPOENA AS PREMATURE
13        v.                                 )
                                             )   (Doc. 9)
14   BAKERSFIELD POLICE DEPT., et al.,       )
                                             )
15                Defendants.                )
                                             )
16   _____       )

17        On September 4, 2014, the Court ordered the complaint to be served.  (Doc. 7)  However, no

18   proof of service has been filed and there has been no appearance by either defendant.

19        Discovery has not yet begun.  Fed. R. civ. P. 26(d)(1).   Thus, Plaintff's motion for a subpoena

20   (Doc. 9) is premature and it is **DISREGARDED**.

21

22   IT IS SO ORDERED.

23        Dated:   __**November 6, 2014**__          ____**/s/ Jennifer L. Thurston**
24                                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                           1